No. 58503.—Excel Shipping Corp. and N. G. Basevi, Inc. v. United States, protest 217952–K (New York).

425

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of religious cards the same in all material respects as those the subject of *Excel Shipping Corp.* and *N. G. Basevi, Inc.* v. *United States* (32 Cust. Ct. 76, C. D. 1583), the claim of the plaintiffs was sustained.